# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| AF HOLDINGS LLC, | CASE NO. 12-cv-1448 (JNE/FLN) |
| Plaintiff, | |
| v. | Judge: Hon. Joan N. Ericksen |
| JOHN DOE, | Magistrate Judge: Hon. Franklin L. Noel |
| Defendant. | |

## PLAINTIFF'S NOTICE OF DISMISSAL WITH PREJUDICE

Plaintiff AF Holdings LLC, pursuant to Federal Rule of Civil Procedure 41(a)(1), hereby dismisses with prejudice all causes of action in the complaint against the John Doe Defendant. The respective John Doe Defendant has filed neither an answer to the complaint nor a motion for summary judgment with respect to the same. Dismissal under Rule 41(a)(1) is therefore appropriate.

Respectfully submitted,

AF Holdings LLC

DATED: August 31, 2012

By:  s/ Michael K. Dugas
Michael K. Dugas
Bar No. 0392158
Attorney for AF Holdings LLC
Alpha Law Firm LLC
900 IDS Center
80 South 8th Street
Minneapolis, MN 55402
Telephone: (415) 325 – 5900
mkdugas@wefightpiracy.com

**CERTIFICATE OF SERVICE**

    The undersigned hereby certifies that on August 31, 2012, all individuals of record who are deemed to have consented to electronic service are being served a true and correct copy of the foregoing document, and all attachments and related documents, using the Court's ECF system.

          /s/ Michael K. Dugas