UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

AF Holdings LLC                                        Civil No. 12-1448 (JNE/FLN)

    Plaintiff,

    v.                                            **ORDER**

John Doe

    Defendant.

_____

Michael K. Dugas for the plaintiff AF Holdings LLC.
Mark Santi for the defendant John Doe.

_____

By order dated June 20, 2013, the Court reopened this case for the purpose of determining whether the plaintiff committed a fraud on the court. Pursuant to Rule 16 of the Federal Rules of Civil Procedure and Local Rule 16.4, a case-management conference in the above-captioned matter will be held on August 6, 2013 at 9:00 a.m. before the undersigned in chambers at Suite 9W, United States Courthouse, 300 South 4th Street, Minneapolis, Minnesota. It is **HEREBY ORDERED** that:

1.     Mr. Michael K. Dugas, an officer for the plaintiff AF Holdings LLC, an officer of Prenda Law, Inc.,[1] Mr. Mark Santi, and the John Doe defendant shall appear at the conference.

2.     Within three days of the date of this order, Mr. Michael K. Dugas shall file a declaration in which he declares under penalty of perjury that the individuals identified in paragraph 1 have been served with a copy of this order.

DATED: July 16, 2013.                              *s/ Franklin L. Noel*
                                                                      FRANKLIN L. NOEL
                                                                      United States Magistrate Judge

---

[1] The "confidential release and settlement agreement", filed under seal, required the defendant to send a settlement check to "Prenda Law, Inc."