# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA

AF HOLDINGS LLC,

    *Plaintiff*,

  v.

JOHN DOE

    *Defendant*.

Case No. 12-cv-1448 (JNE/FLN)

## PLAINTIFFS' EXPEDITED MOTION FOR A STAY

On November 6, 2013, the Magistrate Judge issued an Order imposing sanctions on Plaintiff. In related case number 12-cv-1445, Plaintiff moved for (Docket No. 70) and obtained (Docket No. 73) a stay of the Magistrate Judge's Order pending this Court's review of Plaintiff's forthcoming objections. Although the Order entered in this case is identical to the Order entered in related case 12-cv-1445, the Magistrate Judge has indicated that the Stay entered in 12-cv-1445 is not sufficient to stay the identical Order in this case. Accordingly, Plaintiff respectfully requests that the Court enter an order staying the November 6, 2013, Order. In support of this Motion, Plaintiff relies on the briefing submitted with respect to its expedited motion for a stay submitted in 12-cv-1445.

                                            Respectfully submitted,

DATED: November 18, 2013

                                            <u>s/ Paul Hansmeier</u>
                                            Paul Hansmeier
                                            Bar Number 387795
                                            Class Justice PLLC
                                            100 South Fifth Street, Suite 1900
                                            Minneapolis, MN 55402
                                            Telephone: (612) 234-5744
                                            mail@classjustice.org
                                            *Attorney for Plaintiff AF Holdings LLC*