# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| AF HOLDINGS LLC,<br><br>      *Plaintiff*,<br><br>  v.<br><br>JOHN DOE<br><br>      *Defendant*. | Case No. 12-cv-1447 (JNE/FLN) |

## NOTICE OF EXPEDITED MOTION FOR A STAY

PLEASE TAKE NOTICE that the Plaintiff has moved this Court for a stay pending appeal of the Magistrate Judge's order issued November 6, 2013, imposing sanctions on the Plaintiff. Plaintiff has asked the Court to grant the motion on the papers at its earliest opportunity without a hearing.

Respectfully submitted,

DATED: November 18, 2013

s/ Paul Hansmeier
Paul Hansmeier
Bar Number 387795
Class Justice PLLC
100 South Fifth Street, Suite 1900
Minneapolis, MN 55402
Telephone: (612) 234-5744
mail@classjustice.org
*Attorney for Plaintiff AF Holdings LLC*